IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN BRIAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV484 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WESTSIDE COMMUNITY SCHOOL DISTRICT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Stay Discovery and Rule 26 Requirements (Filing No. 8) and the plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss (Filing No. 9). The parties seek to stay discovery including the meet and confer requirement of Rule 26(f) until after the court resolves the defendants' motion to dismiss (Filing No. 6). Additionally, the plaintiff seeks an extension of thirty days to respond to the dispositive motion. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay Discovery and Rule 26 Requirements (Filing No. 8) is granted.

2. Discovery in this case is stayed pending the resolution of the defendant's pending motion to dismiss (Filing No. 6).

3. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 6), in which to meet and confer and file a planning report pursuant to Fed. R. Civ. P. 26(f).

4. The plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss (Filing No. 9) is granted.

5. The plaintiff shall have to **on or before January 17, 2006**, to respond to the defendants' motion to dismiss.

DATED this 12th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge