# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BRIAN,  )  )  Plaintiff,  )  )  vs.  )  )  WESTSIDE COMMUNITY SCHOOL DISTRICT, et al.  )  )  Defendants.  ) | 8:05CV484  ORDER |

This matter is before the court *sua sponte.* On October 26, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 5. On December 12, 2005, the court granted the parties' joint motion to stay discovery and Rule 26 requirements, and ordered that the parties were to meet and confer and file a planning report pursuant to Fed. R. Civ. P. 26(f) within twenty days from the date of an order resolving the defendants' motion to dismiss (Filing No. 6). **See** Filing No. 10. On August 14, 2006, the court issued a memorandum and order resolving the defendants' motions to dismiss. **See** Filing No. 20). No planning report pursuant to Fed. R. Civ. P. 26(f) has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before September 29, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 19th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge