IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BRIAN,<br><br>      Plaintiff,<br><br>v.<br><br>WESTSIDE COMMUNITY SCHOOL DISTRICT, a Political Subdivision, BOB REZNICEK, ASSISTANT PRINCIPAL/ ATHLETIC DIRECTOR, Individually and in his Official Capacity, JOHN CROOK, PRINCIPAL, Individually and in his Official Capacity,<br><br>      Defendants. | Case No.  8:05CV484<br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

      THE COURT has received from Plaintiff, John Brian, and Defendants, Westside Community School District, a Political Subdivision, Robert L. Reznicek, Ed.D., Assistant Principal/Athletic Director, and John Crook, Ed.D., Principal, the Parties' Joint Motion to Dismiss With Prejudice (Filing No. 48); and the Court having reviewed the joint motion finds good cause to dismiss this proceeding;

      NOW, THEREFORE, it is hereby ordered that Plaintiff's Amended Complaint is dismissed with prejudice for reason that the parties have reached a settlement as to the subject matter of Plaintiff's claims as set forth in his Amended Complaint.  It is further ordered that each party shall pay their own attorneys' fees and costs incurred in this proceeding.

      DATED this 9th day of October, 2007.

      BY THE COURT:

      s/ Joseph F. Bataillon
      Chief Judge Joseph F. Bataillon

| PREPARED AND SUBMITTED BY: | APPROVED AS TO FORM AND CONTENT: |
|---|---|
| By: s/ *Margaret C. Hershiser*<br>    Margaret C. Hershiser, #19545<br>    John M. Lingelbach, #20429<br>    Leilani M. Harbeck, #24306<br>    KOLEY JESSEN P.C., L.L.O.<br>    1125 South 103rd Street, Suite 800<br>    Omaha, NE  68124<br>    (402) 390 9500<br>    (402) 390 9005 (facsimile)<br>    Margaret.Hershiser@koleyjessen.com<br>    John.Lingelbach@koleyjessen.com<br>    Leilani.Harbeck@koleyjessen.com<br><br>Attorneys for Defendants | By: s/ *Bruce G. Mason*<br>    Bruce G. Mason, #12626<br>    MASON LAW FIRM<br>    1505 South 108th Street<br>    Omaha, NE 68144<br>    (402) 397-1050<br>    (402) 397-0517 (facsimile)<br>    Bmasonlaw@cox.net<br><br>    and<br><br>    Erin Leary, #17603<br>    LEARY LAW OFFICE<br>    300 South 19th Street<br>    Suite 312, Empire State Building<br>    Omaha, NE 68102 US<br>    (402) 551-8735<br>    (402) 551-8362 (facsimile)<br>    ewence@att.net<br><br>Attorneys for Plaintiff |

2